IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CASE NO. 2:21-cr-15 |
| ANTONIO CAMPBELL, | |
| Defendant. | |

**O R D E R**

On December 13, 2021, the parties filed their Joint Status Report. Doc. 155. In that Report, the parties state that all pretrial motions filed in this case as to Defendant Antonio Campbell have been resolved. Accordingly, the Court **DENIES as moot** the motions, docs. 137-144, as to Defendant Antonio Campbell. The Motions Hearing scheduled for December 16, 2021 at 10:00 a.m., Courtroom 2, Brunswick Federal Courthouse, as to Defendant Antonio Campbell is cancelled.

**SO ORDERED**, this 14th day of December, 2021.

BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA